UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAIME BIBO-LOPEZ,

        Defendant.

CASE NO. 13CR1580-GPC

FILED
13 JUN -5 AM 10:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

M
DEPUTY

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Indictment/Information:

    18:2252(a)(2) - Distribution of Images of Minors Engaged in Sexually Explicit

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/4/13

Bernard G. Skomal
U.S. Magistrate Judge